IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN TATUM
ADC #094188                                                              PETITIONER

v.                              No. 5:17-cv-27-DPM

WENDY KELLEY, Director, ADC                                  RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 14, and overrules Tatum's objections, № 17. FED. R. CIV. P. 72(b)(3). Tatum's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017