IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN TATUM
ADC #094188                                                         PETITIONER

v.                          No. 5:17-cv-27-DPM

WENDY KELLEY, Director, ADC                                         RESPONDENT

## JUDGMENT

Tatum's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2017