# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CALVIN TATUM
ADC #094188                                                    PETITIONER

v.                         No. 5:17-cv-27-DPM

WENDY KELLEY, Director, ADC                                    RESPONDENT

## ORDER

Motion for reconsideration, № 20, denied. Tatum hasn't cleared the high bar set by *Jackson v. Virginia*. 443 U.S. 307, 318-19 (1979). The Court stands by its 26 July 2017 Order and Judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2017